UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX BULK CARRIERS, LTD.,<br><br>                Plaintiff,<br><br>  -against-<br><br>KREMIKOVTZI TRADE, et al.,<br><br>                Defendants. | 05 Civ. 9559 (VM) (HBP)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10/10/06 |
| FINO MARINE S.A., et al.,<br><br>                Plaintiffs,<br><br>  -against-<br><br>KREMIKOVTZI TRADE, et al.,<br><br>                Defendants. | 05 Civ. 10320 (VM) (HBP) |
| D'AMATO FRATELLI SPA,<br><br>                Plaintiff,<br><br>  -against-<br><br>KREMIKOVTZI TRADE, et al.,<br><br>                Defendants. | 05 Civ. 10585 (VM) (HBP) |

**ORDER DIRECTING UBS AG TO PAY
ATTACHED FUNDS INTO THE REGISTRY OF THE DISTRICT COURT**

      UBS AG ("UBS"), a garnishee of assets of defendant pursuant to maritime writs of attachment issued in the above-captioned maritime actions ~~and Seamar Shipping Corp. v. Kremikovtzi Trade Ltd. (S.D.N.Y. 06 Civ. 5507 (JSR)~~), having applied for an order directing

UBS to pay the funds attached in the amount of $999,529.32 (the "Attached Funds") into the registry of the Court, and good cause having been shown for such an order,

**IT IS HEREBY ORDERED** that, pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, UBS shall pay the Attached Funds into the registry of the Court, and UBS shall have discharged its obligations as garnishee in these actions upon making such payment of the Attached Funds into the registry of the Court.

DONE this 6 day of OCTOBER, 2006.

SO ORDERED

The Honorable Henry B. Pitman
United States Magistrate Judge